Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, #300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Qiuchan Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

*E-FILED - 4/3/07*

| | |
|---|---|
| Qiuchan Chen, | Case No. C 06-07733 RMW |
| Plaintiff, | |
| v. | |
| **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; **David Still**, San Francisco District Director, United States Citizenship and Immigration Services; **Robert S. Mueller, III**, Director of the Federal Bureau of Investigation | **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [] ORDER** |
| Defendants | |

Plaintiff, by and through her attorney of record, and defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to a 60 day extension of the Case Management Conference date in the above-entitled action in light of the reasonable possibility that this case may be moot within the next 60 days. If the case becomes moot within the next 60 days, the parties will file a stipulation to dismiss this action.  If the case does not become moot within the next 60 days, the parties will file a joint case management statement 7

1  days in advance of the re-scheduled Case Management Conference.  The parties request a new
2  Case Management Conference date of June 1, 2007 @ 10:30 a.m.
3
4
5  DATED: March 19, 2007                              Respectfully Submitted,
6
7                                                     _____/s/_____
                                                      Justin G. Fok
8                                                     Attorney for Plaintiff
9
10
11 DATED: March 19, 2007
12                                                    _____/s/_____
                                                      Edward A. Olsen
13                                                    Assistant U.S. Attorney
14
15
16
17
18
19                                  **ORDER**
20                       Pursuant to stipulation, IT IS SO ORDERED.
21
22
23
24 Date: 4/3/07                                       *Ronald M. Whyte*
                                                      _____
25                                                    Ronald M. Whyte
                                                      United States District Judge
26
27
28

Stipulation to Extend Date of Case Management Conference
Case No. C 06-07733 RMW