1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7 |
Attorneys for Defendants
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

***E-FILED - 5/31/07***

| | |
|---|---|
| QIUCHAN CHEN, | ) |
| Plaintiff, | ) No. C 06-7733 RMW |
| v. | ) |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT MUELLER, III, Director of the Federal Bureau of Investigation, | ) **STIPULATION TO DISMISS; AND [] ORDER** |
| Defendants. | ) |

The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services (USCIS) has adjudicated the plaintiff's I-485 application.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 06-7733 RMW

1  .

2

3  Dated: May 14, 2007                                 Respectfully submitted,

4                                                      SCOTT N. SCHOOLS
                                                       United States Attorney
5

6                                                              /s/
                                                       EDWARD A. OLSEN
7                                                      Assistant United States Attorney
                                                       Attorneys for Defendants
8

9

10
   Dated: May 14, 2007                                         /s/
11                                                     JUSTIN FOK, ESQ.
                                                       Attorney for Plaintiff
12

13

14                              **ORDER**

15      Pursuant to stipulation, IT IS SO ORDERED.

16

17
   Date: 5/31/07                        _Ronald M. Whyte_____
18                                      RONALD M. WHYTE
                                        United States District Judge
19

20

21

22

23

24

25

26

27

28

   STIPULATION TO DISMISS
   C 06-7733 RMW